IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL FILE NO. |
| v. | 1:12-CR-188-1-TWT |
| TIMOTHY M. THOMAS, et al. | |
| Defendants. | |

ORDER

This is a criminal tax fraud action. It is before the Court on the Report and Recommendation [Doc. 44] of the Magistrate Judge recommending denying the Defendants' Motion to Dismiss the Indictment [Doc. 38]. The indictment should not be dismissed for the reasons set forth in the thorough and well-reasoned Report and Recommendation. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motion to Dismiss the Indictment [Doc. 38] is DENIED.

SO ORDERED, this 30 day of January, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge